USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/20/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KEITH WATERS,

                   Petitioner,

   - against -

LYNN LILLEY, Superintendent

                   Respondent.
------------------------------------------------------------X

17-CV-8258 (GHW) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      In light of Respondent's letter dated September 20, 2022 (Dkt. 24) indicating there is no reason why this case should be dismissed as moot, Petitioner need not respond to the letter as previously directed in the Court's order of September 16, 2022 (Dkt. 23). Accordingly, as Petitioner's time to reply expired years ago, and consistent with previous orders, the Court will decide the case based on the current record. (*See* Dkt. 17, 21, 23.)

                                     SO ORDERED.

                                     _____
                                     ROBERT W. LEHRBURGER
                                     UNITED STATES MAGISTRATE JUDGE

Dated: September 20, 2022
       New York, New York

The Clerk of Court is respectfully requested to mail a copy of this order to Pro Se Plaintiff:

Keith Waters
60 W. 128th Street, Apt. 4A
New York, NY 10027