```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/8/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

KEITH WATERS,

                 Petitioner,

- against -

LYNN LILLEY, Superintendent

                 Respondent.

------------------------------------------------------------X

17-CV-8258 (GHW) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     To ensure a complete public record, Respondent shall electronically file the state trial court transcript relevant to the above-captioned habeas petition no later than **March 15, 2023.**

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 8, 2023
       New York, New York

The Clerk of Court is respectfully requested to mail a copy of this order to Pro Se Plaintiff:

Keith Waters
60 W. 128th Street, Apt. 4A
New York, NY 10027