**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
KEITH WATERS,

                             Petitioner,                     17 **CIVIL** 8258 (GHW)

        -against-                                 **JUDGMENT**

SUPERINTENDENT LYNN LILLEY,

                             Respondent.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated May 1, 2023, the petition is denied. The Court certifies,

pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good

faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United

States, 369 U.S. 438, 44445 (1962). Petitioner has not made a substantial showing of the denial

of a constitutional right, so the Court denies a certificate of appealability under 28 U.S.C. § 2253;

accordingly, the case is closed.

**DATED:** New York, New York
            May 1, 2023

                                     **RUBY J. KRAJICK**

                                    **Clerk of Court**

              **BY:**       K. Mango

                                    **Deputy Clerk**